IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01459-ZLW

RICHARD T. VAN DAM,

    Applicant,

v.

HECTOR A. RIOS (Warden),

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant Richard T. Van Dam has filed *pro se* on September 6, 2006, "Petitioner's Motion to Alter/Amend The Court's August 25, 2006[,] Judgment per. Rule 59(e)." Mr. Van Dam asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on August 25, 2006. The Court must construe the motion to reconsider liberally because Mr. Van Dam is proceeding *pro se*. *See* **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Van Dam's motion to reconsider was filed within ten days after the Court's Order and Judgment of Dismissal. *See* Fed. R. Civ. P. 6(a) (time periods of


less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Van Dam fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Van Dam does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. In fact, he does not even challenge the legal correctness of the Court's order dismissing this action. Instead, he seeks to raise a new argument that was not raised in the application or ruled on by the Court. Mr. Van Dam misunderstands that a motion to reconsider is not a new opportunity to present arguments that should or could have been raised in his original pleading. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that "Petitioner's Motion to Alter/Amend The Court's August 25, 2006[,] Judgment per. Rule 59(e)" filed on September 6, 2006, is denied.

DATED at Denver, Colorado, this __15__ day of __Sept.__, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01459-BNB

Richard Van Dam
Reg. No. 11668-081
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/15/06

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk